**CAROL ANN MOSES #164193**
Attorney at Law
510 East Coral Pointe
Fresno, CA 93730
Telephone: (559) 240-5456
carol@yosemitelawyer.com

Attorney for Defendant
ETHAN TINDUKASIRI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN ANDREW EVANS TINDUKASIRI,<br><br>Defendant. | CASE NO.  1:22-MJ-00117-SAB<br>           1:22-MJ-00114-SAB<br><br>STIPULATION & ORDER<br>FOR MODIFICATION OF PRETRIAL<br>RELEASE CONDITIONS<br><br>Date:<br>Time:<br>Judge: |

**STIPULATION & PROPOSED ORDER**

Ethan Tindukasiri was arrested in Yosemite National Park on July 9, 2022. It is alleged that he violated Title 18 United States Code, Section 2241(3)(1) and Section 2244(b). He was also charged with Title 36 Code of Federal Regulations 2.35. Mr. Tindukasiri was placed on house arrest and released to his parents, the Third-Party Custodians with strict restrictions in place. Mr. Tindukasiri has been in counseling and dual diagnosis treatment since his release. At the time of the arrest Mr. Tindukasiri was 22 years of age. Mr. Tindukasiri lives with his parents in Huntington Beach California.

Upon release from custody, the Court restricted Mr. Tindukasiri to his house, and allowed him to leave the residence only with one of his Third-Party Custodians to attend counseling, treatment, and court. He is further restricted from using the internet, making telephone calls, getting a job and going to school.

Mr. Tindukasiri has complied with all conditions imposed by the Court, Pretrial Services, including counseling, treatment, medication, and random testing for illegal substances. Mr. Tindukasiri

1  is also enrolled in and participating in counseling and treatment above and beyond what was ordered by
2  the Court and Pretrial Services.
3      Pretrial Services Officer Renee Basurto and Assistant United States Attorney Kimberly A.
4  Sanchez have agreed to the following suggested modification of Mr. Tindukasiri's Pretrial Conditions of
5  Release. Mr. Tindukasiri is in agreement with the proposal and will comply with the modified Pretrial
6  Release Conditions.
7      It is therefore stipulated by the Parties that the Court amend its previous order setting Conditions
8  of Release for Mr. Tindukasiri and that the Court add the following Conditions of Release:
9      The Defendant may possess one cellular flip phone (Jitterbug base model).
10     The Defendant may utilize one of his Third-Party Custodian's computers for the sole
11 purpose of enrolling and attending on-line college course. The defendant must provide proof of
12 enrollment and completion of any college course to Pretrial Services. Additionally, all computer use
13 must be under the direct supervision of one of the Third-Party Custodians.
14     The Defendant may leave his residence for one hour daily at a time to be determined by
15 Pretrial Services for the sole purpose of exercising. The Defendant must be accompanied by one of his
16 Third-Party Custodians.

Dated: June 5, 2023

/s/ CAROL ANN MOSES

CAROL ANN MOSES
Counsel for Defendant
ETHAN ANDREW EVANS
TINDUKASIRI

.

Dated:  June 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

STIPULATION & ORDER FOR MODIFICATION
OF PRETRIAL RELEASE CONDITIONS

2

# FINDINGS AND ORDER

The Court incorporates the proposed additions to the already existing Pretrial Release Conditions for Defendant Ethan Tindukasiri in Case No 1:22-mj-00114-SAB and Case No 1:22-mj-00117-SAB and orders:

    Mr. Tindukasiri may possess one cellular flip phone (Jitterbug base model);

    Mr. Tindukasiri may utilize one of his Third-Party Custodian's computers for the sole purpose of enrolling and attending on-line college courses, provided that proof of enrollment and completion of any college courses be provided to Pretrial Services and such computer usage be under the direct supervision of one of the Third Party Custodians;

    Mr. Tindukasiri may leave his residence for one hour daily at a time to be determined by Pretrial Services for the sole purpose of exercising, as long as accompanied by one of the Third-Party Custodians.

IT IS SO ORDERED.

Dated: **June 6, 2023**

UNITED STATES MAGISTRATE JUDGE