PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Jan 25, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-0025-JLT-SKO |
| Plaintiff, | 1:22-MJ-0117-SAB |
| v. | |
| ETHAN TINDUKISIRI, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 2241(a)(1) – Attempted Aggravated Sexual Abuse]

The United States Attorney charges: T H A T

ETHAN TINDUKISIRI,

defendant herein, between on or about July 9, 2022, in Yosemite National Park, in the Eastern District of California, and in the special maritime and territorial jurisdiction of the United States, did knowingly attempt to cause N.D. to engage in a sexual act, specifically, contact between his penis and N.D.'s vulva, by using force against N.D., in violation of Title 18, United States Code, Section 2241(a)(1).

///

///

///

COUNT TWO: [18 U.S.C. § 2244(b) – Abusive Sexual Contact]

The United States Attorney charges: T H A T

ETHAN TINDUKISIRI,

defendant herein, between on or about July 9, 2022, in Yosemite National Park, in the Eastern District of California, and in the special maritime and territorial jurisdiction of the United States did knowingly engage in a sexual contact with M.V. without M.V.'s permission, specifically by touching her breasts with his hands, with the intent to arouse and gratify the sexual desire of any person, violation of Title 18, United States Code, Section 2241(a)(1).

Dated: January 25, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Arin C. Heinz
ARIN C. HEINZ
Assistant United States Attorney

**United States v. Ethan Tindukisiri**
**Penalties for Information**

### **COUNT 1:**

VIOLATION:	18 U.S.C. § 2241(a)(1) – Attempted Aggravated Sexual Abuse

PENALTIES:	A maximum of up to life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### **COUNT 2:**

VIOLATION:	18 U.S.C. § 2244(b) – Abusive Sexual Contact

PENALTIES:	A maximum of up to 2 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 1 year

SPECIAL ASSESSMENT: $100 (mandatory on each count)