CAROL ANN MOSES #163193
Attorney at Law
510 East Coral Pointe
Fresno, CA 93730
(559) 240-5456
carol@yosemitelawyer.com

Attorney for Defendant
ETHAN ANDREW TINDUKASIRI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ETHAN ANDREW EVANS TINDUKASIRI,<br><br>    Defendant. | CASE NO. 1:24-CR-00025-JLT-SKO<br><br>STIPULATION REGARDING DEFENDANT'S TRAVEL TO EASTERN DISTRICT OF CALIFORNIA TO ATTEND COURT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 18, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L Thurston |

IT IS HEREBY STIPULATED by and between the Defendant, ETHAN ANDREW EVANS TINDUKASIRI, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney ARIN HEINZ, that Mr. Tindukasiri's request for this Court to authorize Defendant's overnight travel outside of the Central District of California to the Eastern District of California, in Fresno be granted. The purpose of the travel is to attend a Court ordered appearance on a Deferred Prosecution Agreement and Arraignment on an Information. Specifically, the request is for Mr. Tindukasiri, his mother and stepfather to be allowed to leave Huntington Beach, California on March 17, 2025 at approximately 12:30 p.m. and return to the Central District after the Court appearance the next morning.

Mr. Tindukasiri is charged with 18 United States Code, Section 2241(a)(1), Attempted Aggravated Sexual Abuse by Force or Threat, 18 United States Code, Section 2244(b), Abusive Sexual Contact and 36 CFR 2.35(c) being under the influence of alcohol or drugs in a park area. All charges stem from an incident in Yosemite Valley on July 9, 2022.

///

1  The Pretrial Conditions of release prohibit traveling out the Central District of California, which is where Mr. Tindukasiri resides, without permission from the United States Pretrial Services Officer. Pretrial Services Officer Renee Basurto indicated, while not overtly stating, she has no objection to the granting of this request, but decidedly stated this travel to Court in Fresno requires Court approval.

Assistant United States Attorney Arin Heinz has no objection to this Court authorizing travel for Mr. Tindukasiri outside of the Central District of California to attend court in the Eastern District of California. Attorney Heinz understands this travel request includes an overnight stay in Fresno, California.

Mr. Tindukasiri and his parents will be staying at the Hampton Inn & Suites at 327 East Fir Avenue, Fresno, CA 93722 on the night of March 17, 2024. The Hampton Inn & Suites' local phone number is (559) 447-5900.

Pretrial Services Officer Luis Trujillo from the Central District of California is aware of this request, and has no objection to Mr. Tindukasiri's overnight travel to the Eastern District of California.

Dated: March 12, 2024                /s/ CAROL ANN MOSES
                                                     CAROL ANN MOSES
                                                     Counsel for Defendant
                                                     ETHAN ANDREW EVANS
                                                     TINDUKASIRI

**FINDINGS AND ORDER**

**GOOD CAUSE APPEARING,** the above request for ETHAN TINDUKASIRI to leave the Central District of California to travel to the Eastern District of California in Fresno for a required Court appearance on March 18, 2024 is accepted, granted and adopted as the Order of this Court in Case No. 1:24-CR-00024-JLT-SKO and Case No. 1:24-CR-00025-JLT-SKO. Mr. Tindukasiri may leave the Central District of California with his parents on March 17, 2024 and is ordered to return to the Central

1  District of California the next day after the court appearance.  All other conditions of release are to
2  remain in force during the period of travel outside the Central District of California.

4  IT IS SO ORDERED.

5  Dated:   **March 13, 2024**  _____
                                 UNITED STATES MAGISTRATE JUDGE